# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>HC OLDCO, INC. f/k/a Arro Corporation,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-35238<br><br>Honorable Janet S. Baer |
| Oxford Restructuring Advisors LLC, as Trustee of the HC Oldco, Inc. Creditor Trust,<br><br>Plaintiff,<br><br>v.<br><br>The Peoples Gas Light and Coke Company,<br><br>Defendant. | Adv. Proc. No. 20-00437 |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Whereas plaintiff, Oxford Restructuring Advisors LLC, as Trustee of the HC Oldco, Inc. Creditor Trust (the "Trustee"), and defendant The Peoples Gas Light and Coke Company ("Peoples Gas," and together with the Trustee, the "Parties"), pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby stipulate to the dismissal of this adversary proceeding with prejudice, and all causes of action pending therein, with each of the Parties to bear its own fees and costs associated therewith.

6296679/1/20021.002

Respectfully submitted,

**OXFORD RESTRUCTURING ADVISORS LLC**, as Creditor Trustee for the HC Oldco, Inc. Creditor Trust

By: /s/ Nathan E. Delman
        One of its Attorneys
Aaron L. Hammer, Esq. (6243069)
ahammer@hmblaw.com
Nathan E. Delman, Esq. (6296205)
ndelman@hmblaw.com
**HORWOOD MARCUS & BERK CHARTERED**
500 W. Madison, Ste. 3700
Chicago, Illinois 60661
Telephone: 312.606.3200
Facsimile: 312.606.3232

*Counsel to the Creditor Trustee*

/s/ Senija Grebovic
Senija Grebovic
**GRANT LAW, LLC**
230 West Monroe Street
Suite 240
Telephone: 312.551.0111
sgrebovic@grantlawllc.com

*Counsel to The Peoples Gas Light and Coke Company*

# CERTIFICATE OF SERVICE

The undersigned attorney of record certifies that he caused a true and correct copy of the foregoing, **AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**, to be filed electronically in the United States Bankruptcy Court, Northern District of Illinois on April 11, 2022. Notice and a copy of this filing will be served upon all counsel of record by operation of the Court's CM/ECF electronic filing system.

By: /s/ Nathan E. Delman